**DISMISS and Opinion Filed October 10, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00680-CV

**JENNIFER OLSON, Appellant**
**V.**
**NEVRO CORP., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03225**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Schenck

Before the Court is appellant's motion for voluntary dismissal of the appeal. We

**GRANT** the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190680F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JENNIFER OLSON, Appellant

No. 05-19-00680-CV     V.

NEVRO CORP., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-19-03225.
Opinion delivered by Justice Schenck. Chief Justice Burns and Justice Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee NEVRO CORP. recover its costs of this appeal from appellant JENNIFER OLSON.

Judgment entered this 10th day of October, 2019.